UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO . 09-22170-CIV-SEITZ/O'SULLIVAN

CARLOS ORBON,

    Plaintiff,
vs.

MACTOWN, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Patricia A. Seitz, United States District Judge, for a settlement conference to be conducted by the undersigned. Having been advised that the parties have reached a settlement, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Wednesday, October 21, 2009**, at **11:00 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties are permitted to attend this hearing by telephone.**

**DONE AND ORDERED** in chambers at Miami, Florida, this **16th** day of October, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record